Kit James Gardner (161736)
**LAW OFFICES OF KIT J. GARDNER**
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 525-9900
Facsimile: (619) 374-2241

Proposed General Counsel for
Richard M Kipperman, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DIANE LOGGINS,<br><br>               Debtor. | CASE NO. 13-05054-CL7<br><br>CHAPTER 7<br><br>**TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY AND FOR SANCTIONS**<br><br>DATE: March 10, 2014<br>TIME: 10:00 a.m.<br>DEPT: 5<br><br>Hon. CHRISTOPHER B. LATHAM |

      Richard M Kipperman, the Chapter 7 Trustee ("Trustee") for the estate of Diane Loggins (the "Debtor"), hereby moves for an Order directing the Debtor to provide immediate, ongoing, and unhindered access to the real property located at 2634 N. 141st Lane, in Goodyear, Arizona (the "Property") as requested by the Trustee and his agents on 24 hours' notice, as well as directing the Debtor and her spouse to vacate, surrender, and turn over to the Trustee the Property and all fixtures and appurtenances thereto within 10 days of the date of entry of said Order pursuant to Section 542(a) of the United States Bankruptcy Code, 11 U.S.C § 542(a), on the grounds that the Property constitutes property of the Debtor's estate that is subject to turnover to the Trustee.

1 | The Motion is and will also seek civil contempt sanctions against the Debtor in the amount of no less than $2,981.50 pursuant to Section 105(a) of the United States Bankruptcy Code, 11 U.S.C § 105(a), on the grounds that the Debtor has willfully failed and refused to cooperate with the Trustee and turn over the Property.

The Motion is and will be based on this Motion and the accompanying Notice of Motion, Memorandum of Points and Authorities, and Declarations of David A. Birdsell and Kit J. Gardner, and such other written and oral argument as may be presented to the Court at the time of the hearing on the Motion.

LAW OFFICES OF KIT J. GARDNER

Dated:  January 24, 2014                By:  /s/ Kit J. Gardner                .
    Kit J. Gardner
    Proposed Counsel for Richard M Kipperman,
    Chapter 7 Trustee